Jon A. Stenquist, ISB #6724
Kelsie A. Kirkham, ISB #9616
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
JStenquist@parsonsbehle.com
Kkirkham@parsonsbehle.com

*Attorneys for Danielle Spencer*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| LORI STEVENS,<br><br>                Plaintiff,<br>v.<br><br>BRIGHAM YOUNG UNIVERSITY-IDAHO d/b/a/ BYU-Idaho,<br><br>                Defendant. | Case No.: 4:16-cv-00530-BLW<br><br>**MOTION TO SEAL MOTION FOR LIMITED INTERVENTION** |
|---|---|

Proposed Intervener Danielle Spencer ("Spencer"), by and through undersigned counsel, respectfully moves this Court for an Order permitting the Clerk to file under seal the following documents, to wit:

1. Spencer's Motion for Limited Intervention;

2. Spencer's Memorandum in Support of Motion for Limited Intervention;

3. Declaration of Danielle Spencer in support.

MOTION TO SEAL MOTION FOR LIMITED INTERVENTION - 1

Spencer requests these documents be filed under seal because some of the information disclosed therein is confidential.

Accordingly, Spencer respectfully asks this Court to enter an Order permitting filing under seal the aforementioned documents.

DATED this 18th day of July 2019.

PARSONS BEHLE & LATIMER

/s/ *Jon A. Stenquist*
Jon A. Stenquist
Kelsie A. Kirkham
*Attorneys for Proposed Intervener Danielle Spencer*

MOTION TO SEAL MOTION FOR LIMITED INTERVENTION - 2

4812-1571-3181v1

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| DeAnne Casperson | dcasperson@workandwage.com |
| Amanda Elizabeth Ulrich | aulrich@workandwage.com |
| Peter C. Schofield | pschofield@kmclaw.com |
| Steven B. Andersen | sba@aswdpllc.com |
| Wade L. Woodard | wlw@aswdpllc.com |
| Jason J. Rudd | jjr@aswdpllc.com |

/s/ Kelsie A. Kirkham
Kelsie A. Kirkham