DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@workandwage.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@workandwage.com
Ryan S. Dustin, Esq. (ISB No. 8683)
ryandustin@workandwage.com
CASPERSON ULRICH DUSTIN PLLC
356 W. Sunnyside Rd., Suite B
Idaho Falls, ID 83402
Telephone: (208) 524-0566
Facsimile: (208) 745-2523

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY-IDAHO,<br>d/b/a BYU-IDAHO,<br><br>Defendant. | Case No. 4:16-CV-530-BLW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lori Stevens and Defendant Brigham Young University-Idaho, by and through their undersigned counsel of record, hereby stipulate that the above matter be dismissed with prejudice, each party to pay their own costs and attorneys' fees incurred in this matter.

DATED this 22nd day of December 2022.    /s/ DeAnne Casperson
                                          DeAnne Casperson
                                          CASPERSON ULRICH DUSTIN PLLC

DATED this 26th day of December 2022.    [signature]
                                          Wade L. Woodard
                                          KIRTON MCCONKIE

1 – STIPULATION OF DISMISSAL WITH PREJUDICE