UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI STEVENS,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIGHAM YOUNG UNIVERSITY - IDAHO, a Utah Corporation doing business as BYU-I,<br><br>   Defendant. | Case No. 4:16-cv-00530-BLW<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal with Prejudice, signed by the remaining parties in this action (Dkt. 307),[1] this action is automatically terminated in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

DATED: December 27, 2022

B. Lynn Winmill
U.S. District Court Judge

---

[1] Defendant Susan Stokes was previously dismissed pursuant to stipulation. (Dkts. 87, 88.)

**ORDER OF DISMISSAL - 1**